```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DUNCAN AVIATION, INC., A<br>Nebraska Corporation, | ) <br> ) <br> ) | |
|        Plaintiff, | ) | 4:07CV3035 |
|     V. | ) <br> ) <br> ) | |
| RIVER RUN PROJECTS, LLC, A<br>New Hampshire Limited<br>Liability Company, | ) <br> ) <br> ) <br> ) | MEMORANDUM AND ORDER |
|        Defendant. | ) <br> ) | |

The parties' joint motion for continuance, filing 34, is granted, and:

1. The plaintiffs are given an additional thirty days, or until February 14, 2008, to respond to the defendant's discovery served on December 17, 2007.

2. The minimum discovery necessary for counsel to negotiate toward settlement shall be completed on or before March 17, 2007.

3. The deadline for counsel to submit their mediation report letters to the undersigned magistrate is extended to March 26, 2008.

4. The deadline for disclosing the names and addresses of all expert witnesses expected to testify at trial is extended to April 2, 2008.

5. The telephonic planning conference with the undersigned magistrate judge, currently scheduled for March 3, 2008, is continued to April 3, 2008 at 9:00 a.m. Counsel for the plaintiff shall place the call.

DATED this 28th day of December, 2007.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge