IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUNCAN AVIATION, INC., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3035 |
| v. | ) ) ) | |
| RIVER RUN PROJECTS, LLC, A New Hampshire Limited Liability Company, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The stipulation and motion of the parties, filing 40, is granted and the following deadlines are extended by 90 days:

1. The minimum discovery necessary for counsel to negotiate toward settlement shall be completed on or before June 15, 2008.

2. The deadline for counsel to submit their mediation report letters to the court is extended to June 24, 2008.

3. The deadline for disclosing the names and addresses of all expert witnesses expected to testify at trial is extended to July 1, 2008.

4. The telephonic planning conference with the undersigned magistrate judge is continued from April 3, 2008 to July 7, 2008 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

5. The parties' stipulation, filing 39, is denied as moot.

DATED this 25th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge