```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DUNCAN AVIATION, INC., A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3035 |
| v. | ) ) ) | |
| RIVER RUN PROJECTS, LLC, A New Hampshire Limited Liability Company, | ) ) ) ) | ORDER |
| Defendant. | ) ) ) | |

IT IS ORDERED:

The parties' joint motion to continue, filing 44, is granted in part, and the Rule 16 telephone planning conference is continued from July 7 to July 22, 2008 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 4th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge