THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUNCAN AVIATION, INC., A Nebraska Corporation, | ) ) ) | 4:07CV3035 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| RIVER RUN PROJECTS, LLC, A New Hampshire Limited Liability Company, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties' Joint Stipulation for Dismissal (filing 50) and Fed. R. Civ. P. 41, this action, and all causes of action and counterclaims contained therein, are dismissed with prejudice; the complete record is waived; and each party shall pay its own court costs.

August 21, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge